816

No. 49. SIMPSON ET AL., DOING BUSINESS AS SIMPSON CONSTRUCTION CO., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Giles J. Patterson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 50. ROBINS, DOING BUSINESS AS ROBINS TRANSFER CO., *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied. *George W. Yancey* for petitioner. *Peyton D. Bibb* and *Charles Cook Howell* for respondent.

No. 54. MODERN MANUFACTURING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *James Barnes* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling* and *Mozart G. Ratner* for the National Labor Relations Board, respondent.

No. 55. RUDDY BROOK CLOTHES, INC. *v.* BRITISH & FOREIGN MARINE INSURANCE CO., LTD. ET AL. C. A. 7th Cir. Certiorari denied. *Henry H. Koven* for petitioner. *Carl Meyer* and *Leo F. Tierney* for respondents.

No. 56. INTERNATIONAL TYPOGRAPHICAL UNION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Henry Kaiser, Gerhard P. Van Arkel* and *Eugene Gressman* for petitioners. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Fannie M. Boyls* for the National Labor Relations Board; and *Elisha Hanson, William K. Van Allen* and *Arthur B. Hanson* for the American Newspaper Publishers Association, respondents.